## STATE v. SAMUEL PATTISON.

Supreme Court. Kent. October, 1814.

*Clayton's Notebook, 27.*

*Clayton* and *Brinckle,* for the defendant, moved for his discharge, and produced witnesses to prove that no contempt was in fact committed.

*Hall,* for the State, objected that witnesses ought not to be permitted to contradict the return. The return is conclusive until falsified by the verdict of a jury on a demurrer in an action for a false return. He cited 3 Bac.Abr. 439 *in notis* and said that the Chancellor (Ridgely) had so decided in two cases upon a full consideration of the law.

COOPER, J. My practice has always been to hear witnesses as to the truth of the facts, and I believe it to be agreeable to the spirit of our Act.

The defendant was discharged on the ground that there had been no contempt in fact.